

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN 11, TEXAS**

WAGGONER CARR
ATTORNEY GENERAL

April 1, 1965

Honorable John E. Blaine          Opinion No. C-410
Chairman
Liquor Regulation Committee     Re: Constitutionality of House
House of Representatives              Bill No. 257
State of Texas
Capitol Building
Austin, Texas

Dear Mr. Blaine:

You have recently asked the opinion of this office as to the constitutionality of House Bill No. 257 of the 59th Legislature. House Bill No. 257 proposes to amend Vernon's Penal Code, Article 666-26, subsection (b) so as to delete the word "knowingly" from this subsection.

Article 666-26, subsection (b) now reads:

"(b)  It shall further be unlawful for any person to knowingly sell any liquor to any person under twenty-one (21) years of age, or to any person who is intoxicated, or to any habitual drunkard, or to any insane person."

House Bill No. 257 reads in that portion pertinent to your request as follows:

"(b)  It shall further be unlawful for any person to sell any liquor to any person under twenty-one (21) years of age, or to any person who is intoxicated, or to any habitual drunkard, or to any insane person."

We have made a search of the organic, the statutory and the case law covering the subject of acts that are malum prohibitum and find nothing which causes us to conclude that the proposed amendment is unconstitutional.

Therefore, we are of the opinion that the proposed amendment to Article 666-26, subsection (b), Vernon's Penal Code is constitutional.

## SUMMARY

House Bill No. 257 of the 59th Legis-
lature is constitutional.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: MILTON RICHARDSON
Assistant Attorney General

MR/br

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Bob Flowers
Harry Gee
Sam L. Kelley

APPROVED FOR THE ATTORNEY GENERAL
BY: Stanton Stone